**Americo BAUTISTA–VILLARREAL, Petitioner–Appellant**

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; Geo Group, Respondents–Appellees.**

No. 12–50835

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 3, 2013.

Americo Bautista–Villarreal, Pecos, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Americo Bautista–Villarreal, federal prisoner # 37537–079, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis (IFP) to appeal the dismissal of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by this court's decision in *Gallegos–Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.2012), *cert. denied*, —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365, 2012 WL 4462145 (U.S. Oct. 29, 2012) (No. 12–6450).

Accordingly, Bautista Villarreal's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.